373 A.2d 1153

Whary, Appellant, v. Whary.

Argued March 15, 1977. Arthur L. Goldberg, with him Goldberg, Evans & Katzman, for appellant; Arthur K. Dils, submitted a brief for appellee.

Order affirmed.

373 A.2d 1153

Yogman, et ux. v. Continental Manufacturing
Company, Inc., Appellant, et al.

Submitted November 8, 1976. John J. Ross, for appellant; Charles H. Lehman, for appellee.

Order affirmed.